IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID E. COX, | : |
| Plaintiff, | : |
| vs. | :   CA 15-0032-WS-C |
| INLAND DREDGING COMPANY, LLC, etc., et al., | : |
| | : |
| Defendants. | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 15, 2016 is **ADOPTED** as the opinion of this Court.

**DONE** this 20th day of May, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**