IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID E. COX, | : |
| Plaintiff, | : |
| vs. | :   CA 15-0032-WS-C |
| INLAND DREDGING COMPANY, LLC, etc., et al., | : |
| | : |
| Defendants. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED,** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure, due to plaintiff's failure to prosecute this action by obeying this Court's lawful orders dated January 25, 2016, March 7, 2016, and March 8, 2016, and ignoring the defendants' valid attempts to conduct court-authorized discovery.

**DONE** this 20th day of May, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**